IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KINNIE MA IRA, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-1325-RP |
| NATIONAL HOLDINGS CORPORATION, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Motion to Consolidate. (Dkt. 18). Plaintiffs' asks the Court to consolidate this action with another case before this Court, 1:19-CV-1050-RP, that involves similar questions of law and fact. (*Id.* at 4–5). Defendants are unopposed to the motion. (*Id.* at 6).

Federal Rule of Civil Procedure 42(a) permits a district court to consolidate "actions before the court involv[ing] a common question of law or fact." District courts have broad discretion in determining whether to consolidate cases. *See Mills v. Beech Aircraft Corp.,* 886 F.2d 758, 761–62 (5th Cir. 1989). Consolidation is proper when it will avoid unnecessary costs or delay without prejudicing the rights of the parties. *See id.*; *St. Bernard Gen. Hosp., Inc. v. Hosp. Serv. Ass'n of New Orleans, Inc.*, 712 F.2d 978, 989 (5th Cir. 1983).

Having considered Plaintiffs' motion, the Court agrees that it should be granted. **IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Consolidate, (Dkt. 18), is **GRANTED**. This action is consolidated with and into Cause No. 1:19-CV-1050-RP, which will be the lead case; this action will be the member case.

**SIGNED** on June 27, 2023 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE